RICHARD P. STEELMAN, JR. (SBN 266449)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Ave
Los Angeles, CA 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RPS@LNBYG.COM

Attorneys for Todd A. Frealy, solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of AARB Medical & Healthcare Services, Inc.

FILED & ENTERED

OCT 28 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

CHANGES MADE BY COURT

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No. 6:25-bk-10219-RB |
| | Chapter 7 |
| AARB MEDICAL & HEALTHCARE SERVICES, INC., | |
| | **ORDER APPROVING STIPULATION FOR ENTRY OF PROTECTIVE ORDER REGARDING THE PRODUCTION OF CONFIDENTIAL MATERIAL** |
| Debtor. | |
| | [No Hearing Required] |

The Court, having reviewed and considered the "*Stipulation For Entry Of Protective Order Regarding The Production Of Confidential Material*" (the "Stipulation") [dkt. 21] filed on October 20, 2025, by and between Todd A. Frealy, the chapter 7 trustee for the bankruptcy

1

estate of debtor AARB Medical & Healthcare Services, Inc. and Kaiser Foundation Health Plan, Inc., by and through their respective attorneys, and pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, incorporated herein by Rule 7026 of the Federal Rules of Bankruptcy Procedure, finds good cause and hereby IT IS ORDERED that the stipulation is approved in its entirety.

###

Date: October 28, 2025

Magdalena Reyes Bordeaux
United States Bankruptcy Judge

2

**EXHIBIT 1**
**ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND**

I, _____ [insert name], of

_____ [insert address, city, and state], declare under penalty of perjury that I have read in its entirety and understand the foregoing Stipulation and Order approving it that was issued by the United States Bankruptcy Court for the Central District of California on _____ (date) (the "Order") in the above-titled bankruptcy case In re AARB Medical & Healthcare Services, Inc. (case number 6:25-bk-10219-RB ) ("**Bankruptcy Case**"). Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

My present employer is _____ and the address of my present employment is _____. My present occupation or job description is _____. I agree to comply with and to be bound by all the terms of the Stipulation and Order thereon as a Party thereto, as if I were an original signatory thereto, and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I will not disclose in any manner any information or item that is subject to the Order to any person or entity except in compliance with the provisions of the Order. I further understand that I am to retain all copies of all Confidential Material provided to me in the Bankruptcy Case in a secure manner, and that the use and retention of all copies of such Confidential Material shall be governed by the Order.

I further agree to submit to the jurisdiction of the Court for the purpose of enforcing the terms of the Order, even if such enforcement proceedings occur after termination of this Bankruptcy Case.

Dated: _____ City and State where signed: _____

Printed Name: _____

Signature: _____

3