United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 25-10219-RB |
| AARB Medical & Healthcare Services, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 28, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + AARB Medical & Healthcare Services, Inc., 9415 Retreat Place, Rancho Cucamonga, CA 91730-9200 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 30, 2025 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeffrey I Golden | on behalf of Debtor AARB Medical & Healthcare Services  Inc. jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| Kelly Ann M Tran | on behalf of Creditor ABFNP  Inc. kelly@smalllawcorp.com, katelin@smalllawcorp.com |
| Kelly Ann M Tran | on behalf of Creditor Amelia Buenvenida kelly@smalllawcorp.com  katelin@smalllawcorp.com |
| Richard P Steelman, Jr | on behalf of Trustee Todd A. Frealy (TR) RPS@LNBYG.COM |
| Todd A. Frealy (TR) | taftrustee@lnbyb.com  taf@trustesolutions.net |

District/off: 0973-6                                    User: admin                                          Page 2 of 2

Date Rcvd: Oct 28, 2025                                 Form ID: pdf042                                   Total Noticed: 1

United States Trustee (RS)

                    ustpregion16.rs.ecf@usdoj.gov


TOTAL: 6

RICHARD P. STEELMAN, JR. (SBN 266449)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Ave
Los Angeles, CA 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email:  RPS@LNBYG.COM

Attorneys for Todd A. Frealy, solely in his capacity as
Chapter 7 Trustee for the bankruptcy estate of AARB
Medical & Healthcare Services, Inc.

**FILED & ENTERED**

**OCT 28 2025**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re | Case No. 6:25-bk-10219-RB |
| AARB MEDICAL & HEALTHCARE SERVICES, INC., | Chapter 7 |
| Debtor. | **ORDER APPROVING STIPULATION FOR ENTRY OF PROTECTIVE ORDER REGARDING THE PRODUCTION OF CONFIDENTIAL MATERIAL**<br><br>[No Hearing Required] |

The Court, having reviewed and considered the "*Stipulation For Entry Of Protective Order Regarding The Production Of Confidential Material*" (the "Stipulation") [dkt. 21] filed on October 20, 2025, by and between Todd A. Frealy, the chapter 7 trustee for the bankruptcy

1

estate of debtor AARB Medical & Healthcare Services, Inc. and Kaiser Foundation Health Plan, Inc., by and through their respective attorneys, and pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, incorporated herein by Rule 7026 of the Federal Rules of Bankruptcy Procedure, finds good cause and hereby IT IS ORDERED that the stipulation is approved in its entirety.

###

Date: October 28, 2025

Magdalena Reyes Bordeaux
United States Bankruptcy Judge

2

**EXHIBIT 1**
**ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND**

I, _____ [insert name], of

_____ [insert address, city, and state],

declare under penalty of perjury that I have read in its entirety and understand the foregoing

Stipulation and Order approving it that was issued by the United States Bankruptcy Court for

the Central District of California on _____ (date) (the "Order") in the above-titled

bankruptcy case In re AARB Medical & Healthcare Services, Inc. (case number 6:25-bk-

10219-RB ) ("**Bankruptcy Case**"). Capitalized terms used but not defined herein shall have the

meanings ascribed to them in the Order.

My present employer is _____ and the

address of my present employment is

_____. My present occupation or job

description is _____. I agree to comply with and to be bound by all

the terms of the Stipulation and Order thereon as a Party thereto, as if I were an original

signatory thereto, and I understand and acknowledge that failure to so comply could expose me

to sanctions and punishment in the nature of contempt. I will not disclose in any manner any

information or item that is subject to the Order to any person or entity except in compliance

with the provisions of the Order. I further understand that I am to retain all copies of all

Confidential Material provided to me in the Bankruptcy Case in a secure manner, and that the

use and retention of all copies of such Confidential Material shall be governed by the Order.

I further agree to submit to the jurisdiction of the Court for the purpose of enforcing the

terms of the Order, even if such enforcement proceedings occur after termination of this

Bankruptcy Case.

Dated: _____ City and State where signed: _____

Printed Name: _____

Signature: _____

3